**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

HOWARD ROBINSON,

      Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.:  1:24-cv-03952

Judge Andrea R. Wood

Magistrate Judge M. David Weisman

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|-----|-----------|
| 8 | SKCESS |
| 39 | BuLuTu US |
| 107 | RUIZHIDIAN |
| 15 | Masks Factory |
| 103 | QUANZHOU XINHE BAG CO.,LTD |
| 19 | Wirziis Warehouse Clearance |
| 20 | Downlo-Fast Delivery |
| 22 | life loveyou |
| 23 | LZy-n |
| 24 | Dreamlascar |
| 28 | Limited time deal ,lcepcy |
| 30 | Womens&Mens Trendy Items 2024✈6-12Days✈ |
| 31 | TUNUSKAT Boutique Clearance |
| 32 | YRAETENM(prime day deals today 2024) |
| 33 | SKDOGDT |
| 21 | INESVER- big deals clearance |
| 84 | Giwotu |
| 91 | Denmarit |
| 125 | goodsharing |

| 127 | Samickarr |
|---|---|
| 128 | SRstrat Co.Ltd |
| 130 | Scyoekwg |
| 131 | Dqueduo |
| 133 | ZQGJB |
| 134 | Juebong |
| 136 | WNG |
| 126 | NaRHbrg |
| 132 | TLOOWY |
| 188 | BiCaiYiDou |
| 179 | Product Outlet Shop |
| 1 | Booboda |
| 25 | Mzkdieey Fashion Online 7-14 Days Delivery |
| 34 | Thenxin |

DATED:  January 28, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on January 28, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt